# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Laurence Marc Berlin<br>Attorney at Law, Bar No. 3227 | Case No. 2:21-ms-00038<br><br>ORDER OF SUSPENSION |

On May 24, 2021, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. However, the OSC was returned by the United States Postal Service marked "Returned to sender, Unclaimed, Unable to forward[.]" Regardless, the OSC provided Mr. Berlin with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. Berlin. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Laurence Marc Berlin, Bar No. 3227, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 10th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 10th day of August 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Laurence Marc Berlin
>P.O. Box 685, Lower Negri to Creek,
>Reserve, NM 87830

Certified Mail No.: 7018 3090 0001 1133 3884

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada